Reset Form | Print Form

## DEPARTMENT OF CONSUMER & REGULATORY AFFAIRS
## District of Columbia Government
### Corporations Division

**Form SP-1.** Version 2, December 2010.
**Service of Process Action Form**

| | |
|---|---|
| **Entity Name:** | Public House Investments |
| **Entity Address:** | 199 Fleet Street National Harbor MD 20745 |
| **Date of Service:** | 2014-05-06 16:01:46 |
| **Type of Service:** | ☐ Demand  ☐ Trial  ☐ Legal Notice  ☐ Subpoena<br>☐ Other  SUMMONS AND COMPLAINT. Case No. 14-0001554 |
| **Subject:** | Plaintiff: Genops Group LLC |

Dear Customer,

Service was made upon the Superintendent of Corporations of Department of Consumer and Regulatory Affairs, for the District of Columbia on the following date 5/6/14 and this copy is forwarded to you by certified mail in accordance with the Code of Laws for the District of Columbia.

If you have any questions, please contact the Court or Attorney for the Plaintiff.

Sincerely,

Patricia E. Grays

*Patricia E. Grays*
Superintendent of Corporations



DEPARTMENT OF CONSUMER & REGULATORY AFFAIRS

# District of Columbia Government

## Corporations Division

### Service of Process Action Form
### Form GN-6, Version 2, March 2012

This form can only be used to serve the defendant – domestic or foreign filing entity if plaintiff or his representative have exhausted all the means to serve domestic or foreign filing entity as prescribed under D.C. Code § 29-104.12

| ENTITY TYPE | FILING FEE |
|---|---|
| Domestic or Foreign Filing Entity | Refer to Corporate Fee Schedule posted online; |

Under the provisions of the Title 29 of D.C. Code (Business Organizations Act), the plaintiff identified below is serving the defending domestic or foreign filing entity and for that purpose submits the statement below.

1. Plaintiff's Name.

   Genops Group, LLC

2. Plaintiff's Address.

   1025 Thomas Jefferson St, NW, Suite 165G
   Washington, DC 20067

3. Defending Domestic or Foreign Filing Entity's Name. (give file# if known)

   Public House Investments

4. Defending Domestic or Foreign Filing Entity's Address.

   199 Fleet Street
   National Harbor, MD 20745

5. One of the following conditions applies. (must select one)

   [X] Represented entity failed to appoint or maintain a registered agent in the District; or

   [ ] A represented entity's registered agent in the District cannot with reasonable diligence be found.

6. Duplicate copies of the process, notice, or demand are submitted along with this form.

   If you sign this form you agree that anyone who makes a false statement can be punished by criminal penalties of a fine up to $1000, imprisonment up to 180 days, or both, under DCOC § 22-2405;

7. Name of the Plaintiff or Authorized Person.

   Gary D. Wright, Esq.

7A. Signature of the Plaintiff or Authorized Person.

---

Mail all forms and required payment to:
Department of Consumer and Regulatory Affairs
Corporations Division
PO Box 92300
Washington, DC 20090
Phone: (202) 442-4400

Corporate Online Services Information:
Many corporate filings are available by using CorpOnline Service. Go to CorpOnline site at https://corp.dcra.dc.gov, create a profile, access the online services main page and proceed. Online filers must pay by using a credit card.

Please check dcra.dc.gov to view organizations required to register, to search business names, to get step-by-step guidelines to register an organization, to search registered organizations, and to download forms and documents. Just click on "Corporate Registration."



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

Genops Group, LLC
_____ Plaintiff
            vs.

Public House Investments
_____ Defendant

Case Number  14-0001554

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Gary D. Wright
Name of Plaintiff's Attorney

7978 Old Georgetown Rd Ste. B-6
Bethesda, MD. 20814
Address

301-986-1121
Telephone

Clerk of the Court

By _____
       Deputy Clerk

Date  03/15/14

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                                                                          CASUM.doc



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

GENOPS GROUP, LLC
Vs.
PUBLIC HOUSE INVESTMENTS

C.A. No.   2014 CA 001554 B

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Lee F. Satterfield

Case Assigned to:  Judge MAURICE ROSS
Date:  March 13, 2014
Initial Conference: 9:00 am, Friday, June 13, 2014
Location:  Courtroom 100
500 Indiana Avenue N.W.
WASHINGTON, DC  20001

Caio.doc

# ADDENDUM TO INITIAL ORDER AFFECTING
# ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www:dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Lee F. Satterfield

Caio.doc

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CIVIL DIVISION

| | | |
|---|---|---|
| GENOPS GROUP, LLC<br>1025 Thomas Jefferson Street, NW<br>Suite 165G<br>Washington, DC 20067<br><br>  Plaintiff<br><br>  v.<br><br>PUBLIC HOUSE INVESTMENTS<br>Serve: Superintendent of<br>   Corporations,<br>   Department of Consumer<br>   and Regulatory Affairs<br>   Business and Professional<br>   Licensing Administration<br>   Corporations Division<br>   1100 4th Street, SW<br>   4th Floor<br>   Washington, DC 20024<br><br>  and<br><br>PUBLIC IRISH PUB, LLC<br>Serve: Superintendent of<br>   Corporations,<br>   Department of Consumer<br>   and Regulatory Affairs<br>   Business and Professional<br>   Licensing Administration<br>   Corporations Division<br>   1100 4th Street, SW<br>   4th Floor<br>   Washington, DC 20024<br><br>  Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No.:<br><br>14-0001554 |

## COMPLAINT FOR BREACH OF CONTRACT

Comes now the Plaintiff, GENOPS GROUP, LLC, ("Genops") in the above-captioned matter, by and through counsel, and sues as follows:

**JURISDICTION**

1. Jurisdiction of the Court is founded on D. C. Code 11-921, 1981 Edition.

## PARTIES

2. Genops Group, LLC (Genops) is a District of Columbia limited liability company with a registered office at 1025 Thomas Jefferson Street, NW, Suite 165G, Washington, DC 20067.

3. Defendant, Public House Investments, ("PHI"), is, upon information and belief, a Pennsylvania corporation and is authorized to conduct business in the State of Maryland.

4. Defendant, Public Irish Pub, LLC is, (PIP) upon information and belief, a Pennsylvania limited liability company and is authorized to conduct business in the State of Maryland.

## BREACH OF CONTRACT BY PUBLIC HOUSE INVESTMENTS

5. Genops and PHI entered into a contract on October 7, 2010, whereby Genops would build a storefront for a restaurant to be opened and operated by PHI ("PHI Contract"). Section 12.2 of the PHI contract provides that the Contract shall be governed by the laws of the jurisdiction of the principle office of the Contractor. The principle office of Genops is in the District of Columbia.

6. The amount PHI was to pay Genops for this work was $124,610.00.

7. Genops performed the work as provided in the PHI Contract.

8. Section 10.1.2 of the contract provides that title to all work will pass to the Owner only upon payment in full.

9. PHI made some payments for this work but still owes a balance of $34,610.00.

WHEREFORE, PREMISES CONSIDERED, Genops Group, LLC prays to this Honorable Court for Judgment against Public House Investments as follows:

A. The sum of $34,610.00, or an amount to be proved at trial and court costs for breach of contract; and

B. For all other relief the Court may deem appropriate.

### BREACH OF CONTRACT BY PUBLIC IRISH PUB, LLC

10. Genops and PIP entered into a contract on October 21, 2010, whereby Genops would build-out the interior of a restaurant to be opened and operated by PIP ("PIP Contract"). Section 18.2 of the PIP contract provides that the Contract shall be governed by the laws of the jurisdiction of the principle office of the Contractor. The principle office of Genops is in the District of Columbia.

11. The amount PIP was to pay Genops for this work was $557,000.00.

12. Genops performed the work as provided in the PIP Contract.

13. Section 14.1.2 of the contract provides that title to all work will pass to the Owner only upon payment in full. Section

3

17.2 provides that the Owner has one (1) year from Substantial Completion to notify the Contractor of any work not in accordance with the requirements of the Contract Documents. PIP did not notify Genops of any work not in accordance with the requirements of the Contract Documents within one (1) year of Substantial Completion.

14. PIP made some payments for this work but still owes a balance of $122,823.00.

WHEREFORE, PREMISES CONSIDERED, Genops Group, LLC prays to this Honorable Court for Judgment against Public Irish Pub, LLC as follows:

A. The sum of $122,823.00, or an amount to be proved at trial, attorneys fees and court costs for breach of contract; and

B. For all other relief the Court may deem appropriate.

Respectfully submitted,

_____
Gary D. Wright
7978 Old Georgetown Road
Suite B-6
Bethesda, Maryland 20814
(301) 986-1121
Counsel for Plaintiff
Gwright@GWrightLaw.com

4